ORIGINAL

FILED

05/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0495

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0495

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JESSE JAMES FINLEY,

Defendant and Appellant.

ORDER

FILED

MAY 10 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Pursuant to M. R. App. P. 16(5), the parties in this matter have stipulated and move for an order remanding this proceeding to the Twentieth Judicial District Court, Lake County. The parties agree that under the facts of this case, Appellant Jesse James Finley should be entitled to a sentence reduction of 1,293 days of elapsed time and 431 days of credit for time served, for a total of 1,724 days. The parties ask this Court to remand this proceeding to the District Court with instructions to amend its judgment accordingly.

Therefore,

IT IS ORDERED that this case is REMANDED to the Twentieth Judicial District Court for entry of an amended judgment and sentence. The court is directed to grant Defendant Jesse James Finley a sentence reduction of 1,293 days of elapsed time and 431 days of credit for time served, for a total of 1,724 days.

The Clerk is directed to provide copies of this Order to all counsel of record, to the Clerk of Court for Lake County, and to the Honorable James A. Manley, presiding District Judge.

Dated this 10 day of May, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices